UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-295-FL-1

UNITED STATES OF AMERICA

v.

TERRY MONDELL WHITE

ORDER TO SEAL

On motion of the Defendant, Terry Mondell White, and for good cause shown, it is hereby ORDERED that the [DE# 38] be sealed until further notice by this Court.

IT IS SO ORDER.

This  7th   day of December, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge