UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Terry White,              )
                          )
v.                        )   Case No. 5:13-CR-2951
                          )
United States of America. )

**Motion DENIED.**

This the 6th day of June, 20 16.

/s/Louise W. Flanagan, U.S. District Judge

Motion for Relief Pursuant
18 USC § 3582(c)(2)

Comes now, Terry White, Pro Se, filing pursuant to Amendment 742. Terry White respectfully requests this Honorable Court to grant him relief under this amendment. Mr. White was enhanced for committing an offense less than Two (2) years after release from imprisonment and was sentenced on 12-10-2014, when this amendment was in effect, and therefore requests this Honorable Court to remove the unwarranted points. That caused the unwarranted points.

Respectfully Submitted by,

Date: 3-30-2016
Executed under the Pains
and Penalties of Perjury
Pursuant to 28 USC §1746

Terry White, Pro Se
Fed. Reg. No. 58005-056
LSCI Butner
P.O. Box 999
Butner, NC 27509

Certificate of Service

I, Terry White, hereby certify that on 3-29-2016, I placed the foregoing in the U.S. Mail BOx at Butner Low Correctional Institution, P.O. Box 999, Butner, NC 27509 to be forwarded to the address as below:

Clerks office
P.O. Box 25670
Raleigh, NC 27611

Respectfully Submitted by,

Date: 3-30-2016
Executed under the Pains
and Penalties of Perjury
Pursuant to 28 USC §1746

Terry White
Terry White, Pro Se
Fed. Reg. No. 58005-056
LSCI Butner
P.O. Box 999
Butner, NC 27509